FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 8:36:12 PM
JEFFREY D. KYLE
Clerk

ACCEPTED
03-15-00079-CR
767561
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 8:36:12 PM
JEFFREY D. KYLE
CLERK

# Law Office of Gerald C. Moton

11765 West Avenue, PMB 248

San Antonio, TX 78216

(210) 410-8153

November 14, 2015

Certified No. 7011 1570 0002 2230 2667

Court of Appeals for the
Third District of Texas
P.O.Box 12547
Austin, Texas 7811-2547

Re: David Thacker, Jr. v. State of Texas
Case Number: 03-15-00079-CR
Trial Court No. CR2013-096

Gentlemen:

This letter will certify that I have provided the above referenced appellant with a copy of the Judgment and Opinion within five days after the opinion was handed down, along with notice of his right to file a *pro se* petition for discretionary review under TRAP 68.

These documents and notice were sent to the appellant at his last known address. A copy of the return receipt is also included herewith.

Additionally appellant has been previously provided with the complete trial record and transcripts.

Very truly yours,

Gerald C. Moton



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .49 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | | 6.74 |
| Total Postage & Fees | $ | |

Sent To: Court of Appeals for the Third District of Texas
Street, or PO Box: P.O. Box 12547
City, State: Austin, Texas 7811-2547

PS Form

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.28 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 8.35 |
| Total Postage & Fees | |

Sent To: Mr. David Kent Thacker Jr.
T.D.C.J. #1990675
SID# 05023169
Street, Apt. Estelle Unit
or PO Box 264 FM 3478
City, State Huntsville, Texas 773/20-3320

RICHMOND TX 77406
NOV 07 2015
PLACE AT WATERSIDE ESTATE

7011 1570 0002 2230 2674

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Reed
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
T. Reed

C. Date of Delivery
11/9/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. David Kent Thacker Jr.
T.D.C.J. #1990675
SID# 05023169
Estelle Unit
264 FM 3478
Huntsville, Texas 773/20-3320

Transfer from service label

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540